UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-----------------------------------------------------------X
NILSON MOLINA LARA,

               Petitioner,

    - against -

KENNETH GENALO in his official capacity as
Field Office Director of New York, Immigration
And Customs Enforcement, et al.,

               Respondents.
-----------------------------------------------------------X

**AMENDED JUDGMENT**
CV 26-1424 (PKC)

    A Memorandum and Order of Honorable Pamela K. Chen, United States District Judge, having been filed on March 18, 2026; granting Petitioner's Petition for a writ of habeas corpus; ordering Respondents to release Petitioner from custody immediately, and to submit a letter on the docket no later than within 24 hours of the March 18, 2026 Memorandum and Order confirming Petitioners release, subject to the conditions at which he was at liberty before he was detained, without any additional constraints on his liberty, directing Respondents to return to Petitioner any and all funds or property seized from Petitioner at time of arrest; directing the Clerk to enter judgment, it is

    **ORDERED AND ADJUDGED** that the petition for a writ of habeas is granted; that Respondents are ordered to release Petitioner Nilson Molina Lara from custody immediately, and to submit a letter on the docket within 24 hours of the March 18, 2026 Memorandum and Order confirming Petitioner's release; that Petitioner's has a deadline of within thirty (30) days to apply for fees under the Equal Access to Justice Act; and that this case is closed.

Dated: March  25 , 2026
       Central Islip, New York

Dated: March  25 , 2026
       Central Islip, New York

Approved by:   s/Hon. Pamela K. Chen
             PAMELA K. CHEN
             United States District Judge

Approved by:   _____
             BRENNA B. MAHONNEY
             Clerk of Court